United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francine Gibbs  
       Debtor

Case No. 19-15760-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                      Form ID: 130     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db         +Francine Gibbs,    1103 Gypsy Lane,    Oreland, PA 19075-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
            ZACHARY    PERLICK    on behalf of Debtor Francine   Gibbs Perlick@verizon.net,    pireland1@verizon.net  
                                                                                                                    TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                 Chapter: 13

    Francine Gibbs

                           Debtor(s)                    Bankruptcy No: 19−15760−mdc

*O R D E R*

**AND NOW,** this 17th day of September 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 09/30/2019
    Chapter 13 Plan due by 09/30/2019
    Chapter 13 Statement of Your Current Monthly Income
    and Calculation of Commitment Period Form 122C−1 Due 09/30/2019
    Means Test Calculation Form 122C−2 − If Applicable − Due: 9/30/2019
    Schedules AB−J due 09/30/2019
    Statement of Financial Affairs due 09/30/2019
    Summary of Assets and Liabilities Form B106 due 09/30/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                                      By the Court

                                                         Magdeline D. Coleman
                                     Chief Judge , United States Bankruptcy Court

                                                                              5
                                                                     Form 130