## KELLY

KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

Employee Service Center 1-866-535-5948

| Pay Group: | UNI | Branch: | 00514F |
|---|---|---|---|
| Pay Begin Date: | 09/05/19 | Check #: | 11203766 |
| Pay End Date: | 09/08/19 | Check Date: | 09/13/2019 |

**FRANCINE GIBBS**
1103 GYPSY LN
ORELAND PA 19075

| | |
|---|---|
| ALT ID (KSN): | 20112457 |
| EMPL ID: | 4001645504 |
| STATE EMPLOYER EIN: | 16521435 |
| FEDERAL EIN: | 473600855 |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status | Married | N/A |
| Allowances | 6 | 0 |
| Addl Amt | 0 | 0 |
| Exempt | No | No |

### HOURS AND EARNINGS
**---- Current ----**

| Description | BranRef Nbr | W/S Date | W/E Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|
| Straight Pay | 514FA0463 | 09/05/19 | 09/08/19 | 224.06 | 1.00 | 224.06 |
| Straight Pay | 514FA0652 | 09/06/19 | 09/08/19 | 224.06 | 1.00 | 224.06 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 508.45 |
| Fed MED/EE | 6.49 | 251.90 |
| Fed OASDI/EE | 27.78 | 1,077.10 |
| PA Unempl EE | 0.27 | 10.42 |
| PA Withholdng | 13.76 | 533.33 |
| PA PHILADELPHIA Withholdng | 15.45 | 600.50 |

Total: 448.12     Total: 63.75    2,981.70

### BEFORE-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### NON TAXABLE REIMBURSEMENTS
| Description | Current |
|---|---|
| Total | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 2.00 | 448.12 | 448.12 | 63.75 | 0.00 | 384.37 |
| YTD: | 79.00 | 17,372.61 | 17,372.61 | 2,981.70 | 0.00 | 14,390.91 |

### NET PAY DISTRIBUTION
| | |
|---|---|
| Checking 1010261446832 | 384.37 |
| Total | 384.37 |

277

X

**MESSAGE:** For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in Screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities. See myKelly.com for more info.

**KELLY SERVICES**
KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 09/13/2019

**CHECK NO.**
**11203766**

Deposited
To The
Account of

FRANCINE GIBBS
1103 GYPSY LN
ORELAND PA 19075

NON-Negotiable

**DIRECT DEPOSIT ADVICE**

**THIS IS NOT A CHECK**



**KELLY** KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084
Employee Service Center 1-866-535-5948

| Pay Group: | UN1 | Branch | 00514F |
|---|---|---|---|
| Pay Begin Date: | 09/09/19 | Check #: | 11258764 |
| Pay End Date: | 09/15/19 | Check Date: | 09/20/2019 |

FRANCINE GIBBS
1103 GYPSY LN
ORELAND PA 19075

| | | TAX DATA | Federal | PA State |
|---|---|---|---|---|
| ALT ID (KSN): | 20112457 | Marital Status | Married | N.A |
| EMPLID: | 4001645504 | Allowances | 6 | 0 |
| STATE EMPLOYER EIN: | 16521435 | Addl Amt | 0 | 0 |
| FEDERAL EIN: | 473600855 | Exempt | No | No |

### HOURS AND EARNINGS — Current

| Description | BranRef Nbr | W/S Date | W/E Date | Rate | Hours | Earnings |
|---|---|---|---|---|---|---|
| Straight Pay | 514FA0754 | 09/09/19 | 09/15/19 | 224.06 | 1.00 | 224.06 |
| Straight Pay | 514FA1024 | 09/10/19 | 09/15/19 | 224.06 | 1.00 | 224.06 |
| Straight Pay | 514FA1091 | 09/11/19 | 09/15/19 | 224.06 | 1.00 | 224.06 |
| Straight Pay | 514FA1402 | 09/12/19 | 09/15/19 | 224.06 | .50 | 112.03 |

Total: 784.21

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 7.27 | 515.72 |
| Fed MED/EE | 11.37 | 263.27 |
| Fed OASDI/EE | 48.62 | 1,125.72 |
| PA Unempl EE | 0.47 | 10.89 |
| PA Withholdng | 24.08 | 557.41 |
| PA PHILADELPHIA Withholding | 27.04 | 627.54 |

Total: 118.85    3,100.55

### BEFORE-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Total | 0.00 | 0.00 |

### NON TAXABLE REIMBURSEMENTS
| Description | Current |
|---|---|
| Total | 0.00 |

| | HOURS WORKED | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 3.50 | 784.21 | 784.21 | 118.85 | 0.00 | 665.36 |
| YTD: | 82.50 | 18,156.82 | 18,156.82 | 3,100.55 | 0.00 | 15,056.27 |

### NET PAY DISTRIBUTION
| | |
|---|---|
| Checking 1010261446832 | 665.36 |
| Total | 665.36 |

**MESSAGE:** For employees in Portland, ME & Chicago, IL please visit mykelly.com to see info regarding wages and rights according to city law. If this payment does not accurately compensate you for time spent as an employee in screening activities (drug testing, fingerprinting, medical, etc.), immediately contact the Employee Service Center at 866-KELLY-4U (866-535-5948). By accepting or depositing this payment, you acknowledge this payment is accurate and covers all time related to screening activities See myKelly.com for more info.

**KELLY SERVICES**
KELLY SERVICES USA, LLC
STE 601A
999 W. BIG BEAVER RD
TROY, MI 48084

DATE: 09/20/2019

**CHECK NO.**
**11258764**

Deposited
To The
Account of

FRANCINE GIBBS
1103 GYPSY LN
ORELAND PA 19075

NON-Negotiable

**DIRECT DEPOSIT ADVICE**                                    **THIS IS NOT A CHECK**