United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15760-mdc
Francine Gibbs                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia            Page 1 of 2              Date Rcvd: Feb 05, 2020
                             Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db          +Francine Gibbs,    1103 Gypsy Lane,    Oreland, PA 19075-2507
14389203    +AT&T,    32 Avenue of the Americas,    New York, NY 10013-2473
14389202     Aqua PA,    752 W. Lancaster Ave,    Clifton Heights, PA 19018
14389204    +Bucks County Water & Sewer Auth.,    1275 Almshouse Rd.,    Warrington, PA 18976-1295
14389206    +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14389207    +PGW,    P.O. Box 11700,    Newark, NJ 07101-4700
14409274    +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA, PA 19122-2898,
              ATTN: BANKRUPTCY DEPT,3FL
14389208    +Santander Bank, N.A.,    824 North Market Street,    Suite 100,    Wilmington, DE 19801-4937
14397071    +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, Tx 76161-0244
14392199    +Towd Point Mortgage Trust 2018-1, U.S. Bank Nation,    C/O KML Law Group,
              701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14396582    +Wells Fargo Bank, N.A.,    c/o Jill Manuel-Coughlin, Esquire,
              Eight Neshaminy Interplex, Suite 215,    Trevose, Pa 19053-6980
14395336     Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
14389213    +Wells Fargo Bank, NA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:35     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:42
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14408238     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 03:57:58
              AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
              Arlington, TX 76096
14389205    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 06 2020 03:57:58     GM Financial,
              PO Boc 181145,    Arlington, TX 76096-1145
14389209     E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 03:59:52
              Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
14430619     E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 03:59:52
              Towd Point Mortgage Trust 2018-1 et al.,    c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
14389210    +E-mail/Text: jerome.smalls@ogc.upenn.edu Feb 06 2020 03:59:38     University of Pennsylvania,
              3451 Walnut St.,    Franklin Building, Room 216,    Philadelphia, PA 19104-6243
14452712    +E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:34     Water Revenue Bureau,
              c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14389211     E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:34     Water Revenue Bureau,
              1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14389212      Wells Fargo
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Feb 05, 2020
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:

```
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              KEVIN G. MCDONALD    on behalf of Creditor    Towd Point Mortgage Trust 2018-1, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Francine  Gibbs Perlick@verizon.net,   pireland1@verizon.net
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    FRANCINE GIBBS       :   CHAPTER 13
                               :
                               :
          DEBTOR               :   BANKRUPTCY No. 19-15760MDC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Debtor's Motion to Dismiss his Chapter 13 Case, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is voluntarily DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: February 5, 2020